FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 APR 30 PM 1:41

CLERK_____
SO. DIST OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INFORMATION |
| | ) | CR 415-004 |
| TIFFANY E. ROBERTS | ) | |
| | ) | |
| Defendant | ) | |

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant **TIFFANY E. ROBERTS** without prejudice.

SO ORDERED, this 30th day of April, 2018.

HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA